No. 532.   LANZA v. NEW JERSEY, 358 U. S. 333; and

No. 537.   SECOND FEDERAL SAVINGS & LOAN ASSOCIATION OF CLEVELAND v. BOWERS, TAX COMMISSIONER OF OHIO, 358 U. S. 305.   Petitions for rehearing denied.

No. 283, Misc.   McDANIEL v. CALIFORNIA, 358 U. S. 282.   Petition for rehearing denied.   MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

No. 509.   H. ROUW CO. v. MISSOURI PACIFIC RAILROAD Co., 358 U. S. 929.   The motion to join or substitute parties plaintiff is denied.   Petition for rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this motion and application.

MARCH 9, 1959.

No. 2, Original.   WISCONSIN ET AL. v. ILLINOIS ET AL.;

No. 3, Original.   MICHIGAN v. ILLINOIS ET AL.; and

No. 4, Original.   NEW YORK v. ILLINOIS ET AL.   The motion of the Solicitor General for an extension of time to file a brief in these cases is granted and the time is extended to and including April 15, 1959.   The plaintiffs are allowed to and including April 30, 1959, to file their reply brief to the answer of the defendants and to reply to the brief of the Solicitor General, if so advised. Defendants are allowed to and including April 30, 1959, to reply to the brief of the Solicitor General, if so advised.   *Solicitor General Rankin* on the motion.

No. 461, Misc.   FORSYTHE v. NEW JERSEY; and

No. 519, Misc.   JOHNSON v. KEARNEY, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.